UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09cr41 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-00359-01-CR-W-ODS |
| ) | |
| MICHAEL L. JONES, ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR ISSUANCE OF WARRANT FOR ARREST

On June 23, 2005, Michael L. Jones appeared before the Court for sentencing relative to a conviction for felon in possession of a firearm. Michael L. Jones was sentenced to 48 months custody followed by 3 years of supervised release. This term of supervised release commenced on May 23, 2008.

Thereafter, on February 5, 2009, the Probation Office for the Western District of Missouri transmitted a "violation report" recommending that a warrant for arrest be issued. For good cause appearing and on the recommendation of the Probation Office, it is ORDERED that the Clerk of the Court shall forthwith issue a warrant for arrest directed to any United States Marshal, or any other authorized officer, directing that Michael L. Jones be taken into custody and that he be brought before the nearest available United States Magistrate Judge to determine whether there is probable cause to believe that Michael L. Jones has committed one or more acts constituting a violation of the Conditions of Supervised Release, thus requiring that he be held for a final revocation hearing before a Judge of this Court.

/s/ Ortrie D. Smith
ORTRIE D. SMITH
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this ___5th___ day of ___February___, 2009.