**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　**Plaintiff,**<br>　　vs.<br>**MICHAEL LORANCE JONES,**<br>　　　　**Defendant.** | **8:09CR41**<br><br>**ORDER** |

　　　　Defendant Michael Lorance Jones appeared before the court on Wednesday, September 2, 2009 on a Petition for Warrant for Offender Under Supervision [2]. The defendant was represented by Assistant Federal Public Defender David R. Stickman and the United States was represented by Assistant U.S. Attorney Michael P. Norris. Defendant waived his right to a preliminary examination. The government moved for detention. Detention hearing was held on Tuesday, September 8, 2009. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

　　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

　　　　**IT IS ORDERED**:

　　　　1.　　A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 5, 2009 at 8:30 a.m.** Defendant must be present in person.

　　　　2.　　The defendant is to be released on current conditions of supervision.

　　　　DATED this 8th day of September, 2009.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ F. A. Gossett
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge